UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MIGUEL ALBARRAN,

           Petitioner,

v.

DAN WHITE,

           Respondent.

Case No. C22-5788-DGE-MLP

ORDER GRANTING MOTION FOR EXTENSION OF TIME

On December 2, 2022, Respondent submitted an Unopposed Motion for Extension of Time ("Respondent's Motion"). (Dkt. # 4.) Finding good cause, and because opposing counsel has no opposition, the Court GRANTS Respondent's Motion (dkt. # 4). Respondent shall file his Answer to Petitioner's habeas petition on or before **January 2, 2023**.

The Clerk is directed to send copies of this Order to the parties and to the Honorable David G. Estudillo.

Dated this 5th day of December, 2022.

                                                                           _____
                                                                           MICHELLE L. PETERSON
                                                                           United States Magistrate Judge