UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MIGUEL ALBARRAN,

                Petitioner,

    v.

DAN WHITE,

                Respondent.

Case No. C22-5788-DGE-MLP

ORDER GRANTING MOTION FOR EXTENSION OF TIME

       This matter comes before the Court on Petitioner's "Unopposed Motion for an Extension of Time to File Late Response" ("Petitioner's Motion"). (Dkt. # 9.) This matter was noted for the Court's consideration of Respondent's Answer to Petitioner's habeas petition on January 27, 2023. (*See* dkt. # 6.) However, Petitioner failed to file a response to Respondent's Answer. Per Petitioner's Motion, Petitioner's counsel represents that his failure to file a response was due to a calendaring failure while he was in the midst of a felony criminal trial. (*See* dkt. # 9 at 2-3.)

       Finding good cause, and because opposing counsel has no opposition, the Court GRANTS Petitioner's Motion (dkt. # 9). Petitioner shall file his response to Respondent's Answer on or before **February 13, 2023,** and Respondent shall file any reply by **February 17, 2023**.

- 1

The Clerk is directed to RE-NOTE Respondent's Answer (dkt. # 6) for this Court's consideration on **February 17, 2023**, and to send copies of this Order to the parties and to the Honorable David G. Estudillo.

Dated this 7th day of February, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 2