UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MIGUEL ALBARRAN,

              Petitioner,

v.

DAN WHITE,

              Respondent.

Case No. C22-5788-DGE-MLP

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

This matter comes before the Court on Petitioner's second "Unopposed Motion for an Extension of Time to File Response Brief" ("Petitioner's Motion"). (Dkt. # 11.) Finding good cause, and because opposing counsel has no opposition, the Court GRANTS Petitioner's Motion (dkt. # 11). Petitioner shall file his response to Respondent's Answer on or before **February 20, 2023,** and Respondent shall file any reply by **February 24, 2023**.

The Clerk is directed to RE-NOTE Respondent's Answer (dkt. # 6) for this Court's consideration on **February 24, 2023**, and to send copies of this Order to the parties and to the Honorable David G. Estudillo.

\\

\\

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME - 1

1  Dated this 13th day of February, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge