UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MIGUEL ALBARRAN,

        Petitioner,

v.

DAN WHITE,

        Respondent.

Case No. C22-5788-JNW-MLP

ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Petitioner's application to proceed *in forma pauperis* on appeal (dkt. # 20) is GRANTED. Petitioner shall be permitted to proceed on appeal without the prepayment of fees. The Clerk is directed to send a copy of this Order to all counsel of record and to the Honorable Jamal N. Whitehead.

DATED this 10th day of May, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING LEAVE TO
PROCEED *IN FORMA PAUPERIS* - 1